```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 16212
   LORI P HAUGELAND
                                               CHAPTER 13

                                               JUDGE: MANUEL BARBOSA

         Debtor
     SSN XXX-XX-7421


----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/05/07 .

     2.  The case was dismissed without confirmation, 12/20/2007.

     3.  The Debtor paid a total of $     519.24 .


----------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID          PAID
----------------------------------------------------------------------------
AMERICAN HOME MTGE       CURRENT MORTG            .00            .00            .00
AMERICAN HOME MTGE       MORTGAGE ARRE  NOT FILED              .00            .00
MORTGAGE ELECTRONIC REG  SECURED                  .00            .00            .00
MORTGAGE ELECTRONIC REG  MORTGAGE ARRE  NOT FILED              .00            .00
DELL FINANCIAL           SECURED                  .00            .00            .00
A R CONCEPTS             UNSECURED      NOT FILED              .00            .00
CHASE MANHATTAN BANK USA UNSECURED      NOT FILED              .00            .00
CITIBANK NA              UNSECURED      NOT FILED              .00            .00
COMED                    UNSECURED      NOT FILED              .00            .00
DELL FINANCIAL           UNSECURED      NOT FILED              .00            .00
HSBC                     UNSECURED      NOT FILED              .00            .00
CHASE MANHATTAN BANK USA UNSECURED      NOT FILED              .00            .00
MAGE & PRICE             UNSECURED      NOT FILED              .00            .00
NATIONWIDE CREDIT & COLL UNSECURED      NOT FILED              .00            .00
NICOR GAS                UNSECURED      NOT FILED              .00            .00
PREMIER CREDIT CARD PLAN UNSECURED      NOT FILED              .00            .00
VAN RU CREDIT            UNSECURED      NOT FILED              .00            .00
WEST ASSET MANAGEMENT    UNSECURED      NOT FILED              .00            .00
WFNNB/EXPRESS            UNSECURED      NOT FILED              .00            .00
WACHOVIA DEALER SERVICES UNSECURED      NOT FILED              .00            .00
----------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID          PAID
----------------------------------------------------------------------------
         Summary of disbursements:
----------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
----------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00          .00          .00            .00
PRINCIPAL PAID          .00          .00          .00          .00            .00
INTEREST PAID           .00          .00          .00          .00            .00
TOTAL PAID              .00          .00          .00          .00            .00
The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $        .00
```

and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $   519.24 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/11/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE